```
FILED
October 27, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ANTHONY WILLIAMS, )<br>Defendant. )<br>_____ ) | Case No. 2:11-cr-00353-MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ANTHONY WILLIAMS, Case No. 2:11-cr-00353-MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_   Bail Posted in the amount of: $50,000.00

        _X_   Co-Signed Unsecured Appearance Bond

        ____   Secured Appearance Bond

        _X_   (Other) Conditions as stated on the record.

        ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10/27/2011  at  3:10 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge