```
SCOTT N. CAMERON
Attorney at Law
1007 7th Street, Suite 319
Sacramento, California 95814
Telephone: (916) 442-5230

Attorney for:
ANTHONY WILLIAMS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:11-CR-00353 MCE |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **WAIVER OF DEFENDANT ANTHONY WILLIAMS' PRESENCE; ORDER THEREON** |
| ANTHONY WILLIAMS, et. al. | ) | |
| Defendants. | ) | |

Defendant, ANTHONY WILLIAMS, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of jury and imposition of sentence.  Defendant, ANTHONY WILLIAMS, hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present and further agrees to be present in court ready for hearing any day and hour the court may fix in his absence.

1

1  Defendant, ANTHONY WILLIAMS, further acknowledges that he has
2 been informed of his rights under Title 18 U.S.C. §§ 3161-3171 (Speedy
3 Trial Act), and authorizes his attorney to set times and delays under
4 the Act without defendant, ANTHONY WILLIAMS, being present.
5  The original signed copy of this waiver is being preserved by
6 ANTHONY WILLIAMS' attorney of record in this case.

DATED: November 3, 2011
                      by    /s/ Anthony Williams
                            ANTHONY WILLIAMS
                            Defendant

DATED: November 7, 2011
                      by    /s/ Scott N. Cameron
                            SCOTT N. CAMERON
                            Attorney for ANTHONY WILLIAMS

**IT IS SO ORDERED**

Dated: November 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2