SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
ANTHONY WILLIAMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ANTHONY WILLIAMS,<br><br>        Defendant. | CASE NO. 11-cr-00353 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE REGARDING JUDGMENT AND SENTENCING OF DEFENDANT WILLIAMS** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, JEAN M. HOBLER, and defendant, ANTHONY WILLIAMS, by and through his counsel of record, SCOTT N. CAMERON, hereby stipulate as follows:

1. By previous order, this Court set the date for status of sentencing as to defendant Anthony Williams for September 18, 2014.

2. By this stipulation, the parties now move this Court for an order setting the date for status of sentencing for October 2, 2014, at 9:00 AM.

3. Defendant Williams has a pending hearing on a petition alleging a pretrial release

1

violation and the parties need the additional time to address that situation.

The government has authorized the defense counsel for Anthony Williams to sign this stipulation its behalf.

IT IS SO STIPULATED.

DATED: September 18, 2014        BENJAMIN WAGNER
                                 United States Attorney

                           by    /s/ Jean M. Hobler
                                 JEAN M. HOBLER
                                 Assistant U.S. Attorney

DATED: September 18, 2014
                           by    /s/ Scott N. Cameron
                                 SCOTT N. CAMERON
                                 Counsel for ANTHONY WILLIAMS

## ORDER

IT IS SO ORDERED.

Dated:  September 20, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2